IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FREDERICK MAURICE ASHMORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE No. 3:22-cv-296-ECM ) (WO) |
| JESSICA LYNN VENTIERE, *et al.*, | ) ) |
| Defendants. | ) |

**O R D E R**

On November 10, 2022, the Magistrate Judge entered a Recommendation (doc. 4) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the Plaintiff's 42 U.S.C. § 1983 claims against Defendant Amerson are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. the Plaintiff's 42 U.S.C. § 1983 claims against Defendants Ventiere, Cooper, Saucier, Hillyard, Thomas, and Luke are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii);

4. the Plaintiff's claims that go to the fundamental legality of the convictions on which he is currently incarcerated are DISMISSED without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii); and

5.  this case is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B).

A separate Final Judgment will be entered.

Done this 4th day of January, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE